| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  The Jumba, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 0 – 2 7 3 0 7 4 2

4. **Debtor's address**

   **Principal place of business**
   6340 TOSCA DR.
   Number   Street

   Haltom City   TX   76180
   City   State   ZIP Code

   Tarrant
   County

   **Mailing address, if different from principal place of business**
   P.O. Box 7085
   Number   Street

   _____
   P.O. Box

   Ft. Worth   TX   76111
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street

   _____
   City   State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **The Jumba, LLC** _____    Case number (if known) _____

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **The Jumba, LLC** _____   Case number (if known) _____

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                         MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                         MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                         MM / DD / YYYY |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>         District _____ When _____<br>                         MM / DD / YYYY<br>         Case number, if known _____<br><br>         Debtor _____ Relationship _____<br>         District _____ When _____<br>                         MM / DD / YYYY<br>         Case number, if known _____ |
| 11. | **Why is the case filed in _this district?_** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor __The Jumba, LLC_____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____  _____  _____
City                      State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor **The Jumba, LLC** _____ Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/23/2022**
MM / DD / YYYY

X **/s/ Andrea Vernon** _____
Signature of authorized representative of debtor
**Andrea Vernon**
Printed name
**Manager**
Title

**18. Signature of attorney**

X **/s/ Lyndel Anne Vargas** _____ Date **09/23/2022**
Signature of attorney for debtor                                     MM / DD / YYYY

**Lyndel Anne Vargas**
Printed name
**Cavazos Hendricks Poirot, P.C.**
Firm name
**900 Jackson Street, Suite 570**
Number      Street

_____

**Dallas**                              **TX**         **75202**
City                                    State          ZIP Code

_____          **LVargas@chfirm.com**
Contact phone                    Email address
**24058913**
Bar number                       State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re  **The Jumba, LLC**                                                                                  Case No. _____

                                                                                                                         Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................................ | **$15,000.00** |
   | Prior to the filing of this statement I have received........................................................ | **$15,000.00** |
   | Balance Due........................................................................................................ | **$0.00** |

2. The source of the compensation paid to me was:
   ☐ Debtor              ☑ Other (specify)
                              **Brian Frazier, Guarantor**

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/23/2022** | **/s/ Lyndel Anne Vargas** | |
|---|---|---|
| *Date* | *Lyndel Anne Vargas* | Bar No.  24058913 |
| | Cavazos Hendricks Poirot, P.C. | |
| | 900 Jackson Street,  Suite 570 | |
| | Dallas, TX 75202 | |

---

**/s/ Andrea Vernon**

*Andrea Vernon*
*Manager*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tri County Utilities<br>1623 Weatherford Hwy<br>Aledo, TX 76008 | | Utility Service | | | | $0.00 |
| 2 | Parker County Tax Assessor<br>1112 Santa Fe Drive<br>Weatherford, TX 76086 | | Taxes | Unliquidated | | | $0.00 |
| 3 | Johnson County TAC<br>2 N Mill St<br>Cleburne, TX 76033 | | Taxes | Unliquidated | | | $0.00 |
| 4 | Jack County TAC<br>100 N Main St #209<br>Jacksboro, TX 76458 | | Taxes | Unliquidated | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Case 22-31740-sgj11 Doc 1 Filed 09/23/22 Entered 09/23/22 15:30:17 Desc Main
Document Page 9 of 10
Debtor(s): The Jumba, LLC
Case No.
Chapter: 11
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
C&G Realty E, LLC
4413 Carey Street
Ft. Worth, Texas 76119


Darrell James Dumas
301 Plum Street
Aledo, Texas 76008


Jack County TAC
100 N Main St #209
Jacksboro, TX 76458


James Lanter, PC
James Lanter
560 N. Walnut Creek, Suite 120
Mansfield, Texas 76063


Johnson County TAC
2 N Mill St
Cleburne, TX 76033


Leland B. Little
1213 Forest Park Dr.
Weatherford, Texas 76137


Mark J. Petrocchi
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110


Pamela Diane Cunningham
6924 Kingsley Drive
Ft. Worth, Texas 76134


Parker County Tax Assessor
1112 Santa Fe Drive
Weatherford, TX 76086


Tri County Utilities
1623 Weatherford Hwy
Aledo, TX 76008
```

## WRITTEN CONSENT OF MEMBERS

The members of The Jumba, LLC ('the Company") met August 19, 2022 and adopted the following resolutions:

(1) RESOLVED, that The Jumba, LLC authorizes the filing of a Voluntary Chapter 11 bankruptcy in the Northern District of Texas US Bankruptcy Court on or before September 2, 2022 if foreclosure has been posted by C& G Realty E, LLC or thereafter if directed by Company's designated representative, Brian Frazier.

(2) RESOLVED, that Cavazos Hendricks Poirot, PC is retained to serve as counsel for the Company in the preparation and filing of all papers of the Company with the U.S. Bankruptcy Court and all signatures thereon maybe made by Company's authorized and designated representative, Brian Frazier.

(3) RESOLVED, that Brian Frazier, President of Kairos Homes, LLC, is authorized to execute and deliver all documents on behalf of the Company required to the U.S. Bankruptcy Court and Office of the United States Trustee as he is the most knowledgeable as to the status of the homes being constructed on the Company's property as well as the applicable mortgage obligations for the same.

Dated: Aug 20, 2022

_____
Andrea Vernon, Member