**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand**      **$0.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo Checking account** | **Checking account** | **3  7  2  0** | **$79.43** |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$79.43**

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor    **The Jumba, LLC**
_____    Case number (if known)    **22-31740-11**
_____
Name

|  | Current value of debtor's interest |
|---|---|

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1.    Tri-County Utilities credit | **$1,131.61** |
|---|---|

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| | **$1,131.61** |
|---|---|

---

## Part 3:    Accounts receivable

**10.    Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.    Accounts receivable**

11a.  90 days old or less: _____ – _____ = ..............➜ _____
                        face amount        doubtful or uncollectible accounts

11b.  Over 90 days old: _____ – _____ = ..............➜ _____
                        face amount        doubtful or uncollectible accounts

**12.    Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$0.00** |
|---|---|

---

## Part 4:    Investments

**13.    Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.    Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | **$0.00** |
|---|---|

---

## Part 5:    Inventory, excluding agriculture assets

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **The Jumba, LLC**
_____
Name                                                        Case number (if known)   **22-31740-11**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☐ No.  Go to Part 7.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| Hay | | | $0.00 |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| 100 Goats | $450.00 | | $0.00 |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor    **The Jumba, LLC**                                      Case number (if known)    **22-31740-11**
_____
Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☑ No.  Go to Part 8.
   - ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $0.00 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ☐ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

## Part 8:    Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☑ No.  Go to Part 9.
   - ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.

   | $0.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ☐ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

| Debtor | The Jumba, LLC | Case number (if known) | 22-31740-11 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **approx 483 acres of raw land in Johnson county**<br>Land | Fee Simple | $10,000,000.00 | comparables | $10,000,000.00 |
| 55.2. **Approx. 73 acres of raw land in Parker County**<br>Land | Fee Simple | $1,500,000.00 | appraisal district | $15,000,000.00 |
| 55.3. **Approx. 90 acres of raw land in Jack County**<br>Land | Fee Simple | $1,350,000.00 | appraisal district | $13,500,000.00 |
| 55.4. **Six 10 acre parcels with luxury homes on Johnson County land**<br>Land and Improvements | Fee Simple | $3,000,000.00 | appraisal district | $3,000,000.00 |
| 55.5. **One rental house and 2 acres of land in Johnson County.**<br>Land and Improvements | Fee Simple | $300,000.00 | | $300,000.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.  **$41,800,000.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |

| Debtor | The Jumba, LLC | Case number (if known)  **22-31740-11** |
|---|---|---|
| | Name | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

<div style="text-align:right">**$0.00**</div>

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

| | | | |
|---|---|---|---|
| **Velasquez Note - Lot 10 Fannin County** | **$35,590.00** – | **$0.00** = ➜ | **$35,590.00** |
| | Total face amount | doubtful or uncollectible amount | |
| **Velasquez Note - Lot 11 Fannin County** | **$35,635.00** – | **$0.00** = ➜ | **$35,635.00** |
| | Total face amount | doubtful or uncollectible amount | |
| **Vasquez Note - Lot 21** | **$35,967.00** – | **$0.00** = ➜ | **$35,967.00** |
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

<div style="text-align:right">**$107,192.00**</div>

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | The Jumba, LLC | Case number (if known) | 22-31740-11 |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $79.43 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,131.61 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*..............................➔ | | $41,800,000.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $107,192.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column. 91a. | $108,403.04 | + 91b. $41,800,000.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.......................................................................... $41,908,403.04

| Fill in this information to identify the case: |
| --- |

| Debtor name | **The Jumba, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** **Brian Frazier** | **Describe debtor's property that is subject to a lien** joint venture agreement | **Unknown** | **$0.00** |

**Creditor's mailing address**
**P. O. Box 7085**

**Describe the lien**
**Guarantor**

**Ft. Worth**          **TX**   **76111**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$3,900,945.94**

Debtor   **The Jumba, LLC**                                        Case number (if known) **22-31740-11**

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* | *Value of collateral* |
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

**Creditor's name**
**C&G Realty E, LLC**

**Creditor's mailing address**
**4413 Carey Street**

**Ft. Worth          TX    76119**

**Creditor's email address, if known**

**Date debt was incurred**   **10/2021**

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes.  Have you already specified the
          relative priority?
          ☐ No.  Specify each creditor, including this
                   creditor, and its relative priority.
          ☐ Yes.  The relative priority of creditors is
                    specified on lines _____

**Describe debtor's property that is
subject to a lien**

Land

**Describe the lien**

**Note and DOT on Johnson County Property**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$3,488,001.50**     Column B: **$10,000,000.00**

**2.3**

**Creditor's name**
**Kairos Homes, LLC**

**Creditor's mailing address**
**P. O. Box 7085**

**Ft. Worth          TX    76111**

**Creditor's email address, if known**

**Date debt was incurred**   _____

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes.  Have you already specified the
          relative priority?
          ☐ No.  Specify each creditor, including this
                   creditor, and its relative priority.
          ☐ Yes.  The relative priority of creditors is
                    specified on lines _____

**Describe debtor's property that is
subject to a lien**

joint venture agreement

**Describe the lien**

**Guarantor**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**     Column B: **$0.00**

| Debtor | **The Jumba, LLC** | Case number (if known) **22-31740-11** |
|---|---|---|

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $290,000.00 | $15,000,000.00 |
|---|---|---|---|
| **Leland B. Little** | | | |

Creditor's mailing address
**1213 Forest Park Dr.**

Describe the lien
**Note and Deed of Trust**

**Weatherford          TX    76137**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **04/2019**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | $122,944.44 | $13,500,000.00 |
|---|---|---|---|
| **Pamela Diane Cunningham** | | | |

Creditor's mailing address
**6924 Kingsley Drive**

Describe the lien
**Jack County Deed of Trust**

**Ft. Worth          TX    76134**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor    **The Jumba, LLC**                                    Case number (if known) **22-31740-11**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mark J. Petrocchi for C&G Realty E** | Line **2.2** | ___ ___ ___ ___ |
| **GRIFFITH, JAY & MICHEL, LLP** | | |
| **2200 Forest Park Blvd.** | | |
| | | |
| **Fort Worth**            **TX**    **76110** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No.  Go to Part 2.
   ☑ Yes.  Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Jack County TAC**

**100 N Main St #209**

Jacksboro          TX     76458

Date or dates debt was incurred

2021

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Property Taxas**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$124.53**

**2.2** Priority creditor's name and mailing address

**Johnson County TAC**

**2 N Mill St**

Cleburne          TX     76033

Date or dates debt was incurred

2020

Last 4 digits of account number  **9  3  1  4**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

**2021 property taxes - amount unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Property Taxas**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

Debtor __The Jumba, LLC__

Case number (if known) __22-31740-11__

---

| Part 1: | Additional Page |
|---|---|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  |  |
|---|---|
| | Total claim | Priority amount |

| **2.3** | Priority creditor's name and mailing address | | | **$14,548.58** | **$14,548.58** |

**Parker County Tax Assessor**

**1112 Santa Fe Drive**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Weatherford**        **TX**    **76086**

**Basis for the claim:**

**Taxes**

**Date or dates debt was incurred**

**2021**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)( __8__ )

Debtor    **The Jumba, LLC**                                        Case number (if known)  **22-31740-11**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

                                                                                Amount of claim

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tri County Utilities**

**200 Bailey Road**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Aledo**                     **TX**     **76008**          **Utility Service**

**Date or dates debt was incurred**      **2022**          **Is the claim subject to offset?**

**Last 4 digits of account number**     ___ ___ ___ ___

- ☑ No
- ☐ Yes

Debtor     **The Jumba, LLC**                                   Case number (if known)   **22-31740-11**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.1  **Brian Frazier**                                 Line _____
     **P. O. Box 7085**                                ☑ Not listed.  Explain:      __ __ __ __
                                                        **Guarantor**
     **Ft. Worth          TX     76111**

4.2  **James Lanter, PC for C&G Realty E**             Line _____
     **James Lanter**                                  ☑ Not listed.  Explain:      __ __ __ __
     **560 N. Walnut Creek, Suite 120**                 **Notice Only**
     **Mansfield          TX     76063**

4.3  **Kairos Homes, LLC**                             Line _____
     **P. O. Box 7085**                                ☑ Not listed.  Explain:      __ __ __ __
                                                        **Other**
     **Ft. Worth          TX     76111**

Debtor    **The Jumba, LLC**    Case number (if known) **22-31740-11**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$14,548.58** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$0.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$14,548.58** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11**    Chapter    **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Joint Venture Agreement with Builder<br>**Contract to be ASSUMED** | **Kairos Homes, LLC** |
|---|---|---|---|
| | | | **PO Box 7085** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ft. Worth**          **TX**      **76111** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Residential rental / no written lease<br>**Contract to be ASSUMED** | **Melody Davison** |
|---|---|---|---|
| | | | **3900 CR 401-C** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alvarado**          **TX**      **76009** |

| Fill in this information to identify the case: |
|---|

| Debtor name | **The Jumba, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Brian Frazier | **PO Box 7085**<br>Number     Street<br><br>**Ft. Worth**      **TX**   **76111**<br>City                    State   ZIP Code | C&G Realty E, LLC | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **The Jumba, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **22-31740-11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................... | **$41,800,000.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................... | **$108,403.04** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B....................................................................... | **$41,908,403.04** |

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................... | **$3,900,945.94** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... | **$14,548.58** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+** **$0.00** |

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................. | **$3,915,494.52** |

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/07/2022**          X **/s/ Andrea Vernon** _____
             MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Andrea Vernon** _____
Printed name

**Sole Manager** _____
Position or relationship to debtor

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1.   **Gross revenue from business**

☑ None

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Frazier Asset Management** <br> Creditor's name <br> **for Kairos Homes** <br> Street <br> **P.O. Box 7082** <br><br> **Ft. Worth**   **TX**   **76111** <br> City          State    ZIP Code | | **$41,610.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  **Expense Reimburseme** |
| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| 3.2. | **Kairos Homes** <br> Creditor's name <br> **P.O. Box 7085** <br> Street <br><br> **Ft. Worth**   **TX**   **76111** <br> City          State    ZIP Code | **September 2022** | | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  **Deeds** |

3.1 - Expense Reimbursements to Frazier Asset Management per Joint Venture Agreement for construction and utilities.

3.2 - Title Company prematurely recorded 3 of the deed they were to gold for closings from Debtor to Builder.

| Debtor | The Jumba, LLC | Case number (if known) | 22-31740-11 |
|---|---|---|---|
| | Name | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Peaster ISD et al v. The Jumba, LLC | Tax Suit | **Parker County**<br>Name<br><br>Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CV21-1189 | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | The Jumba, LLC | Case number (if known) | 22-31740-11 |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| **Part 5:** | **Certain Losses** |
|---|---|

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cavazos Hendricks Poirot, PC** | | 09/23/2022 | **$15,000.00**\* |
| | | | | \* plus filing fee |

**Address**

**900 Jackson St.**
Street
**Suite 570, Founders Square**

| **Dallas** | **TX** | **75202** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
**LVargas@chfirm.com**

**Who made the payment, if not debtor?**
**Brian Frazier and Andrea Vernon**

12.   **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **The Jumba, LLC**                                                                    Case number (if known)    **22-31740-11**
          _____                                              _____
          Name

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained    _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
            ☐ No.  Go to Part 10.
            ☐ Yes.  Fill in below:

| Debtor | The Jumba, LLC | | Case number (if known) | **22-31740-11** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Leland B. Little** | **Johnson County** | **Cows are gazing on land which is their collateral until mortgage is paid.** | |
| Name | | | |
| **1213 Forest Park Dr.** | | | |
| Street | | | |
| **Weatherford        TX    76137** | | | |
| City                      State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **C&G Realty E, LLC** | **Johnson COunty** | **Cows are gazing on land which is their collateral until mortgage is paid.** | |
| Name | | | |
| **4413 Carey Street** | | | |
| Street | | | |
| **Ft. Worth        TX    76119** | | | |
| City                      State   ZIP Code | | | |

| Debtor | The Jumba, LLC | Case number (if known) | 22-31740-11 |
|---|---|---|---|
| | Name | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | **Kairos Homes, LLC** | **Joint Venture interest with builder** | |
| | Name | | EIN: ___  ___  –  ___  ___  ___  ___  ___  ___  ___ |
| | | | |
| | Street | | Dates business existed |
| | | | From _____   To _____ |
| | City                    State    ZIP Code | | |

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Andrea Vernon** | From _____   To _____ |
| | Name | |
| | **6340 Tosca Dr.** | |
| | Street | |
| | | |
| | **Haltom City**              **TX**       **76180** | |
| | City                               State      ZIP Code | |

| Debtor | **The Jumba, LLC** | Case number (if known) | **22-31740-11** |
|---|---|---|---|
| | Name | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1.  **Andrea Vernon**
Name
**6340 Tosa Dr.**
Street

| **Haltom City** | **TX** | **76180** |
|---|---|---|
| City | State | ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrea Vernon** | **6340 Tosca Drive**<br>**Haltom City, TX 76180** | **Sole Manager** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Debtor | The Jumba, LLC | Case number (if known) | 22-31740-11 |
|---|---|---|---|
| | Name | | |

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/07/2022**
           MM / DD / YYYY


**X** **/s/ Andrea Vernon**                                        Printed name  **Andrea Vernon**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor  **Sole Manager**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **The Jumba, LLC**                                    Case No.  **22-31740-11**

                                                           Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................... **$15,000.00**

Prior to the filing of this statement I have received....................................... **$15,000.00**

Balance Due.................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)
                       **Brian Frazier, Guarantor**

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

<div style="border:1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/07/2022** | **/s/ Lyndel Anne Vargas** | |
|---|---|---|
| *Date* | *Lyndel Anne Vargas* | Bar No.  24058913 |
| | Cavazos Hendricks Poirot, P.C. | |
| | 900 Jackson Street,  Suite 570 | |
| | Dallas, TX 75202 | |

</div>

---

**/s/ Andrea Vernon**

*Andrea Vernon*
*Sole Manager*

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Jumba, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-31740-11** |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Parker County Tax Assessor 1112 Santa Fe Drive Weatherford, TX 76086 | | Taxes | Unliquidated Disputed | | | $14,548.58 |
| 2 | Johnson County TAC 2 N Mill St Cleburne, TX 76033 | | Property Taxas | Unliquidated | | | $0.00 |
| 3 | Tri County Utilities 200 Bailey Road Aledo, TX 76008 | 817-444-3201 | Utility Service | Unliquidated | | | $0.00 |
| 4 | Jack County TAC 100 N Main St #209 Jacksboro, TX 76458 | | Property Taxas | Unliquidated | | | $0.00 |

Brian Frazier                          Melody Davison
P. O. Box 7085                         3900 CR 401-C
Ft. Worth, Texas 76111                 Alvarado, Texas 76009


Brian Frazier                          Pamela Diane Cunningham
PO Box 7085                            6924 Kingsley Drive
Ft. Worth, Texas 76111                 Ft. Worth, Texas 76134


C&G Realty E, LLC                      Parker County Tax Assessor
4413 Carey Street                      1112 Santa Fe Drive
Ft. Worth, Texas 76119                 Weatherford, TX 76086


Jack County TAC                        Tri County Utilities
100 N Main St #209                     200 Bailey Road
Jacksboro, TX 76458                    Aledo, TX 76008


James Lanter, PC for C&G Realty
James Lanter
560 N. Walnut Creek, Suite 120
Mansfield, Texas 76063


Johnson County TAC
2 N Mill St
Cleburne, TX 76033


Kairos Homes, LLC
P. O. Box 7085
Ft. Worth, Texas 76111


Kairos Homes, LLC
PO Box 7085
Ft. Worth, Texas 76111


Leland B. Little
1213 Forest Park Dr.
Weatherford, Texas 76137


Mark J. Petrocchi for C&G Realt
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **The Jumba, LLC**                                    CASE NO   **22-31740-11**

CHAPTER   **11**


## BUSINESS INCOME AND EXPENSES


FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income for 12 Months Prior to Filing:         **$52,846.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income:         **$1,385.54**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:*

|    |    |
|----|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$1,356.00**** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
| **Monthly Property Insurance** | **$132.82**\*** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$1,488.82** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):         **($103.28)**


      * see attachment
      ** see attachment
      *** see attachment

*Joint Venture/ Builder pays all customer expenses and utilities, uses its own staff and has its own workman's comp for the team.

**Insurance of $1,356.00 is only 3 months to cover sales of 6 homes. Expect to cancel before then.

***132.82 is 1/12 of general liability on raw land.