Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: § <br> § <br> § <br> THE JUMBA, LLC § <br> § <br> § <br> Debtor. § <br> § | Case No. 22-31740-sgj11 |

**UNOPPOSED MOTION TO AMEND SALE ORDER OF OCTOBER 5, 2022
AND PERMIT FILING OF CONSUMER CONTRACT UNDER SEAL**

COME NOW Movant, The Jumba, LLC (hereinafter "Jumba"), by and through its counsel, and files this Motion Amend Sale Order and to file New Contracts Under Seal (the "Motion"). Pursuant to the Court's ruling at the October 3, 2022, expedited hearing on the <u>Debtor's Motion to Sell Property of the Estate Free and Clear of Liens, Claims, and Encumbrances under 11 U.S.C. § 363(b) and (f) with Liens Attaching To Proceeds and Remaining Raw Land</u>, Debtor has been able to close on only 3 home sales. The original title company, Priority Title, is no longer willing to serve as closing agent allegedly due to the Debtor being in a Chapter 11 case.

The buyer for Lot #3 has asked that his closing be moved to Secure Title.

The buyer for Lot #1 terminated its contract; however, the Debtor has obtained an all-cash offer for the purchase of Lot 1 which Republic Title is preparing to close for the Debtor.

This new contract will be filed under seal for the Court to assure that the buyer is not an insider or otherwise creates any conflict.

The lender, C&G Realty E, LLC, the recipient of all net proceeds, does not oppose the entry of the Amended Order. Additionally, counsel with the Office of US Trustee has advised that the Declaration of Andrea Vernon is sufficient to address its' concerns that the buyer is not an insider and thus does not oppose entry of the Amended Order.

WHEREFORE, based on the foregoing, Jumba requests that this Court amend the Corrected Sale Order as set forth in the proposed order submitted with this Motion and to authorize the filing of the new Lot 1 contract under seal.

Respectfully submitted,

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 21st day of December, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In Re:<br><br>THE JUMBA, LLC<br><br>Debtor. | §<br>§<br>§   Case No. 22-31740-sgj11<br>§<br>§<br>§<br>§ |

## DECLARATION OF ANDREA VERNON

**STATE OF TEXAS** §
§
**COUNTY OF PARKER** §

I, Andrea Vernon, present this declaration and state that the following facts are true and within my personal knowledge:

1. I am over the age of 21 years, have never been convicted of a felony, am of sound mind, with personal knowledge of the following facts, and fully competent to testify.

2. I am the sole member and owner of The Jumba, LLC, Debtor in these proceedings.

3. My company purchases land for speculation, sells some either in connection with home development, or as raw land, and retains the rest.

4. This Court has already approved the sale of Lot 3 on October 4, 2022; however, since that time the buyer decided to terminate the home purchase contract. A new home purchase contract has now been obtained or this property which my counsel is seeking to file under seal.

5. The new buyer under the new contract for the home on Lot 3, 4210 CR 401-C, Alverado, Texas is not related to me, nor does he have any connection to or interest in the Debtor.

6. I declare under penalty of perjury of the laws of the United States of America that the statements in this Declaration are true and correct.

Further Affiant sayeth not this 20th day of December, 2022.

                                                  */s/ Andrea Vernon*
                                                  Andrea Vernon