Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In Re: § § § THE JUMBA, LLC § § Debtor. § § | Case No. 22-31740-sgj11 |

# DEBTOR'S MOTION TO FILE THE JOHNSON COUNTY
# LOT 5 CONSUMER CONTRACT UNDER SEAL

COME NOW Movant, The Jumba, LLC (hereinafter "Jumba"), by and through its counsel, and files this Motion to Filing the Johnson County Lot 5 Consumer Contract under Seal (the "Motion") as the prior sale contract was terminated and the Debtor has a new contract on this Lot with a new buyers . To assure the Court that the buyers have no relationship to the Debtor or any parties in interest, and to preserve the privacy of the consumer's purchase terms, this consumer contract should be submitted under seal as the others in the Johnson County transactions of the Debtor and its joint venturer.

WHEREFORE, based on the foregoing, Jumba requests that this Court authorize that the Lot 5 Consumer Contract, be filed under seal.

Respectfully submitted,

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 11th day of January, 2023 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following:

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-0996

The Jumba, LLC
P.O. Box 7085
Fort Worth, TX 76111-0085

C&G Realty E, LLC
P.O. Box 1408
Montgomery, TX 77356-1408

C&G Realty E, LLC
4413 Carey Street
Fort Worth, TX 76119-4219

Mark J. Petrocchi
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Fort Worth, TX 76110-1732

James Lanter, PC
James Lanter
560 N. Walnut Creek, Suite 120
Mansfield, TX 76063-3238

| | |
|---|---|
| Alvarado ISD<br>Johnson County<br>c/o Eboney Cobb<br>Perdue Brandon Fielder, et al.<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010-7457 | Parker CAD<br>Perrin-Whitt CISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 |
| Jack County TAC<br>100 N. Main Street #209<br>Jacksboro, TX 76458-1797 | Johnson County TAC<br>2 N. Mill Street<br>Cleburne, TX 76033 |
| Leland B. Little<br>1213 Forest Park Drive<br>Weatherford, TX 76087-2805 | Pamela Diane Cunningham<br>6924 Kingsley Drive<br>Fort Worth, TX 76134-3816 |
| Parker County Tax Assessor<br>1112 Santa Fe Drive<br>Weatherford, TX 76086-5827 | Tri County Utilities<br>1623 Weatherford Highway<br>Aledo, TX 76008 |
| Parker CAD<br>c/o John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | H. Brandon Jones<br>Bryan C. Assink<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102 |
| Jack County Tax Office<br>c/o Mollie Lerew<br>Perdue, Brandon, Fielder,<br>Collins & Mott, L.L.P.<br>P.O. Box 8188<br>Wichita Falls, TX 76307 | |

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas