

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 17, 2023

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| THE JUMBA, LLC | § § | Case No. 22-31740-sgj11 |
| Debtor. | § § § | |

## ORDER AUTHORIZING DEBTOR TO ENTER INTO OPTION CONTRACT TO SELL 10.75 ACRES OF RAW LAND IN PARKER COUNTY TO SATISFY SECURED DEBTS

On this day came for consideration the ***Debtor's Motion to Enter into Option Contract to Sell 10.75 Acres of Raw Land in Parker County to Satisfy Secured Debts*** (the "Motion") [Doc No.49]. The Court, having considered the Motion and no objections made, finds that the relief requested therein should be granted; it is therefore,

**ORDERED** that the Debtor is authorized to proceed in accepting Vista Homes, LLC's Offer to pay $55,000.00 to Purchase an Option to Purchase 10.75 Adjoining Acres of Debtor's Property in Parker County for $300,000.00. The Option proceeds can be used immediately to satisfy all priority tax obligations to Parker County for ad valorum taxes on this land and the

subsequent lot purchase prices can be used to fully satisfy the mortgage obligation of the Debtor to Leland B Little.

### ### END OF ORDER ###

Order submitted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

# EXHIBIT "A"

## LEGAL DESCRIPTION

## 10.75 ACRES

## PARKER COUNTY, TX

**All that certain 10.75 acres** tract or parcel of land being situated in the D. V. Kirbie Survey, Abstract 775, in Parker County, Texas and being part of a called 83.564 acres tract described in a Warranty Deed With Vendor's Lien to The Jumba, LLC, as recorded in Doc. No. 201909818 of the Official Public Records of said county and said 10.75 acres tract being described by metes and bounds, as follows:

**BEGINNING** at a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set on the south line of Adell Road, for the northwest corner described herein, from which an iron rod, with a red plastic cap stamped "PRICE", found bears North 72°03'35" West, a distance of 82.01 feet (NOTE: BEARINGS AND DISTANCES ARE BASED ON U. S. STATE PLANE NAD 1983 COORDINATES, TEXAS NORTH CENTRAL ZONE - 4202);

**THENCE** South 72°03'35" East, along said south line, a distance of 89.39 feet to a 3 inch pipe fence corner found;

**THENCE** South 45°03'31" East, along the southwest line of Advance Road, at 148.62 feet passing a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set, at 296.21 feet passing a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set, continuing in all, a total distance of 445.14 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

**THENCE** Continuing along said south west line the following calls:

South 43°24'52" East, a distance of 241.21 feet to 3 inch pipe fence corner found;

South 45°16'48" East, a distance of 90.86 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

South 51°26'48" East, a distance of 116.97 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

South 57°53'30" East, a distance of 30.81 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

South 62°05'48" East, a distance of 60.96 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

South 66°06'28" East, a distance of 91.62 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

South 66°15'15" East, a distance of 152.43 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set for the northeast corner described herein;

**THENCE** South 23°53'33" West, leaving said southwest line, a distance of 629.32 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set for the southeast corner described herein;

**THENCE** North 64°30'19" West, a distance of 152.49 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

**THENCE** North 26°51'44" West, a distance of 240.02 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set for a west corner described herein;

**THENCE** North 27°54'12" East, a distance of 478.16 feet to an inner corner described herein;

**THENCE** North 57°53'30" West, a distance of 30.82 feet to a point;

**THENCE** North 51°26'48" West, a distance of 116.98 feet to a point;

**THENCE** North 45°16'48" West, a distance of 90.86 feet to a point;

**THENCE** North 43°24'52" West, a distance of 241.21 feet to an inner corner described herein;

**THENCE** South 44°55'57" West, a distance of 619.90 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set for a south corner described herein;

**THENCE** North 45°03'31" West, at 149.02 feet passing a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set, at 296.61 feet passing a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set, continuing in all, a total distance of 354.52 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set for the southwest corner described herein;

**THENCE** North 25°26'44" East, a distance of 230.79 feet to a 1/2 inch iron rebar, with an aluminum cap stamped "RPLS 5210", set;

**THENCE** North 30°28'36" East, a distance of 373.71 feet to the **POINT OF BEGINNING and containing 10.75 acres of land.**

**Exhibit A**
**Page 2 of 2**