Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | Case No. 22-31740-sgj11 |
| THE JUMBA, LLC | § | |
| | § | |
| Debtor. | § | |
| | § | |

## <u>NOTICE OF CONTINUED HEARINGS</u>

 PLEASE TAKE NOTICE that the hearings on *Debtor's First Amended Disclosure Statement and to Fixing Deadlines for Voting and Plan Confirmation* [Docket No. 118], *Debtor's Objection to Amount of Claim No. 6 filed by Pamela Cunningham* [Docket No. 116] and *Debtor's Objection to Amount of Claim No. 7-2 filed by Pamela Cunningham* [Docket No. 117] are to be continued and held before the Honorable Stacey G.J. Jernigan on **Monday, June 26, 2023,** at **1:30 P.M.** at 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas **and/or** via WebEx videoconference.

 The WebEx hearing link may be accessed here:

 https://us-courts.webex.com/meet/jerniga

 **For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Access code: 479 393 582

 The WebEx instructions may be accessed here:

 https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates

 Parties are requested to review the instructions prior to the hearing.

Respectfully submitted,

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for The Jumba, LLC, Debtor-In-Possession

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 18th day of May, 2023 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following:

Asher M. Bublick
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-0996

The Jumba, LLC
P.O. Box 7085
Fort Worth, TX 76111-0085

Mark J. Petrocchi
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Fort Worth, TX 76110-1732

James Lanter, PC
James Lanter
560 N. Walnut Creek, Suite 120
Mansfield, TX 76063-3238

Alvarado ISD
Johnson County
c/o Eboney Cobb
Perdue Brandon Fielder, et al.
500 E. Border Street, Suite 640
Arlington, TX 76010-7457

Parker CAD
Perrin-Whitt CISD
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207-2328

Jack County TAC
100 N. Main Street #209
Jacksboro, TX 76458-1797

Johnson County TAC
2 N. Mill Street
Cleburne, TX 76033

Leland B. Little
1213 Forest Park Drive
Weatherford, TX 76087-2805

Tri County Utilities
1623 Weatherford Highway
Aledo, TX 76008

Parker County Tax Assessor
1112 Santa Fe Drive
Weatherford, TX 76086-5827

H. Brandon Jones
Bryan C. Assink
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102

Parker CAD
c/o John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Jack County Tax Office
c/o Mollie Lerew
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 8188
Wichita Falls, TX 76307

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas